# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

NOVARTIS AG, NOVARTIS        )
PHARMACEUTICALS CORPORATION,   )
MITSUBISHI TANABE PHARMA      )
CORPORATION, and MITSUI SUGAR CO., LTD., )
                          )
        Plaintiffs,        )      C.A. No. 16-289-LPS
                          )
    v.                 )
                          )
MYLAN PHARMACEUTICALS INC. and   )
MYLAN INC.,            )
                          )
        Defendant.       )

## [PROPOSED] FINAL JUDGMENT

This patent infringement action was brought by Novartis Pharmaceuticals Corporation ("NPC"), Novartis AG ("NAG"), Mitsubishi Tanabe Pharma Corporation ("Mitsubishi") and Mitsui Sugar Co., Ltd. ("Mitsui") (together, "plaintiffs"), alleging Mylan Pharmaceuticals Inc. and Mylan Inc.'s ("Mylan") (together with plaintiffs, "the parties") Abbreviated New Drug Application ("ANDA") No. 208005 infringed U.S. Patent No. 5,604,229 (the "'229 patent"). On September 19, 2016, the Court stayed the case pursuant to the parties' Stipulation (D.I. 21) pending resolution of the related litigations, *i.e.*, *Novartis AG et al. v. Actavis Inc. et al.*, C.A. No. 14-cv-1487-LPS (D. Del.); *Novartis AG et al. v. Ezra Ventures LLC*, C.A. No. 15-cv-150-LPS; *Novartis AG et al. v. HEC Pharm Co. Ltd. et al.*, C.A. No. 15-cv-151-LPS; and *Novartis AG et al. v. Apotex Inc. et al.*, No. 15-cv-975-LPS.

On June 9, 2017, final judgment was entered in *Novartis AG et al. v. Actavis Inc. et al.*, C.A. No. 14-cv-1487-LPS (D.I. 309) in favor of plaintiffs finding the '229 patent valid, enforceable, and infringed. On July 7, 2017, Actavis filed a notice of appeal to the United States

Court of Appeals for the Federal Circuit (C.A. No. 17-2283). On October 19, 2017, the appeal was dismissed and the mandate was entered.

On June 9, 2017, final judgment was entered in *Novartis AG et al. v. HEC Pharm Co. Ltd. et al.*, C.A. No. 15-cv-151-LPS (D.I. 223) in favor of plaintiffs finding the '229 patent valid, enforceable, and infringed. On July 7, 2017, HEC filed a notice of appeal to the United States Court of Appeals for the Federal Circuit (C.A. No. 17-2287). On December 26, 2017, the appeal was dismissed and the mandate was entered by this Court (C.A. No. 15-cv-151, D.I. 231).

On June 9, 2017, final judgment was entered in *Novartis AG et al. v. Apotex Inc. et al.*, No. 15-cv-975-LPS (D.I. 142) in favor of plaintiffs finding the '229 patent valid, enforceable, and infringed. On July 7, 2017, Apotex filed a notice of appeal to the United States Court of Appeals for the Federal Circuit (C.A. No. 17-2286). On January 29, 2018, the appeal was dismissed and the mandate was entered by this Court (C.A. No. 15-cv-975, D.I. 150).

On June 9, 2017, final judgment was entered in *Novartis AG et al. v. Ezra Ventures LLC*, C.A. No. 15-cv-150-LPS (D.I. 228) in favor of plaintiffs finding the '229 patent valid, enforceable, and infringed. On July 7, 2017, Apotex filed a notice of appeal to the United States Court of Appeals for the Federal Circuit (C.A. No. 17-2284). On December 7, 2018, the appeal was decided in plaintiffs' favor, and on January 14, 2019 the mandate was entered by this Court (C.A. No. 15-cv-150, D.I. 235).

Therefore, according to the Stipulation (D.I. 21), the stay in this Action shall be lifted and Final Judgment shall be entered in this action in plaintiffs' favor.

The Court hereby enters a final, non-appealable judgment on the validity, enforceability, and infringement of '229 Patent as set forth below.

ME1 30282572v.1

**IT IS ORDERED AND ADJUDGED** that:

1.     Judgment is entered in favor of NPC, NAG, Mitsubishi, and Mitsui against Mylan that the '229 Patent is valid and enforceable.

2.     Judgment is entered in favor of NPC, NAG, Mitsubishi, and Mitsui against Mylan that the commercial manufacture, use, offer for sale, sale, in the United States and/or importation into the United States of the fingolimod product that is the subject of Mylan's ANDA No. 208005 would infringe the claims of the '229 Patent.

3.     Pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any final approval by the United States Food and Drug Administration of Mylan's ANDA No. 208005 shall be a date not earlier than August 18, 2019, the date of expiration of the '229 Patent together with a period of pediatric exclusivity awarded to NPC under 21 U.S.C. § 355a.

4.     Pursuant to 35 U.S.C. § 271(e)(4)(B), Mylan and its officers, agents, employees and attorneys, and those who are in active concert or participation with those who receive actual notice of this Consent Judgment by personal service or otherwise, are hereby enjoined from engaging in the commercial manufacture, use, offer for sale, sale, in the United States and/or importation into the United States of the fingolimod product that is the subject of Mylan's ANDA No. 208005 until February 18,  2019.

5.     All issues in this case, including costs and fees, have been resolved.


SO ORDERED this _____ of _____, 2019     _____

                                                                          Chief United States District Judge

ME1 30282572v.1