Daniel M. Silver
Partner
405 N. King Street, 8th Floor
Wilmington, DE 19801
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com



April 26, 2019

**VIA CM/ECF & HAND DELIVERY**
The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street, Unit 26
Room 6124
Wilmington, DE 19801-3555

Re: ***Novartis AG et al. v. Mylan Pharmaceuticals Inc., et al.***
***C.A. No. 16-00289-LPS (D. Del.)***

Dear Chief Judge Stark:

The parties write jointly to request entry of the enclosed Final Judgment.

This case was stayed on September 19, 2016 (D.I. 21), pending resolution of several related cases, *i.e.*, *Novartis AG et al. v. Actavis Inc. et al.*, C.A. No. 14-cv-1487-LPS (D. Del.); *Novartis AG et al. v. Ezra Ventures LLC*, C.A. No. 15-cv-150-LPS; *Novartis AG et al. v. HEC Pharm Co. Ltd. et al.*, C.A. No. 15-cv-151-LPS; and *Novartis AG et al. v. Apotex Inc. et al.*, No. 15-cv-975-LPS. Those cases have now been finally resolved in plaintiffs' favor. Pursuant to the parties' previous stipulation (D.I. 21), plaintiffs and defendants now jointly request entry of the same final judgment here, in the attached proposed form.

Respectfully submitted,

/s/ Daniel M. Silver

Daniel M. Silver (#4758)

cc: Counsel of Record (via electronic mail)